

# United States Court of Appeals
# For The Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

Jarrett B. Perlow
Clerk of Court

Clerk's Office
202-275-8000

May 16, 2025

## NOTICE OF REVISED CAPTION

Re: Motorola Solutions, Inc. v. STA Group LLC, Appeal No. 2025-1768

The court's official caption has been revised to reflect the cross-appeal in 25-1781.

Please review the attached caption carefully and promptly advise this court in writing of any improper or inaccurate designations. The revised caption should be used on all future filings with the court. Previously submitted documents do not require correction.

Sincerely,

Jarrett B. Perlow
Clerk of Court

By: I. Hammer, Deputy Clerk

Attachment: Revised Official Caption

## Official Caption

### MOTOROLA SOLUTIONS, INC.,
*Appellant*

**v.**

### STA GROUP LLC,
*Cross-Appellant*

## Short Caption

Motorola Solutions, Inc. v. STA Group LLC