**2025-1768, 2025-1781**

# United States Court of Appeals
# for the Federal Circuit

MOTOROLA SOLUTIONS, INC.,

*Appellant*

*v.*

STA GROUP LLC.,

*Cross-Appellant*

On Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board, IPR2023-01292

## STA'S UNOPPOSED MOTION TO WITHDRAW COUNSEL

Paul J. Skiermont
SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400
Dallas, TX 75201
Telephone: 214-978-6600

Mieke K. Malmberg
Charles C. Koole
SKIERMONT DERBY LLP
633 W. Fifth Street, Suite 5800
Los Angeles, CA 90071
Telephone: 213-788-4500

*Counsel for Cross-Appellant STA Group LLC*

FORM 9. Certificate of Interest

Form 9 (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2025-1768, 2025-1781

**Short Case Caption** Motorola Solutions Inc. v. STA Group LLC

**Filing Party/Entity** STA Group LLC

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 10/17/2025

Signature:  /s/ Charles C. Koole

Name:  Charles C. Koole

**FORM 9. Certificate of Interest**

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☑ None/Not Applicable |
| STA Group LLC | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐    Additional pages attached

FORM 9. Certificate of Interest

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☐     None/Not Applicable          ☐     Additional pages attached

| | | |
|---|---|---|
| K&L Gates LLP: Kyle M. Kantarek | K&L Gates LLP: Dennis A. Majewski | |
| K&L Gates LLP: Nolan R. Hubbard | | |
| | | |

**5. Related Cases.**  Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑  Yes (file separate notice; see below)   ☐  No   ☐  N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b).  **Please do not duplicate information.**  This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal.  Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑     None/Not Applicable          ☐     Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Pursuant to Federal Circuit Rule 47.3(c)(5), Cross-Appellant STA Group LLC ("STA") respectfully requests that the Court grant this motion to withdraw current counsel (Paul J. Skiermont, Charles C. Koole and Mieke K. Malmberg) and substitute Jason Engel of K&L Gates LLP as principal counsel with Nicholas F. Lenning and Erik J. Halverson as backup counsel. Mr. Engel is filing a Notice of Appearance concurrent with the submission of this motion, and a copy of that notice of appearance is attached hereto as Exhibit A.

This withdrawal and substitution is not being submitted for the purpose of delay and is being done due to client-driven decisions.

Cross-Appellant has conferred with counsel for Appellant and does not oppose the relief sought by this motion.

Cross-Appellant respectfully requests that this motion be granted.

Dated: October 17, 2025

Respectfully submitted,

/s/ Charles C. Koole
Paul J. Skiermont
SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400
Dallas, TX 75201
Telephone: 214-978-6600

Mieke K. Malmberg
Charles C. Koole

SKIERMONT DERBY LLP
633 W. Fifth Street, Suite 5800
Los Angeles, CA 90071
Telephone: 213-788-4500

*Counsel for Cross Appellant STA Group LLC*

FORM 19. Certificate of Compliance with Type-Volume Limitations

Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:**   2025-1768, 2025-1781

**Short Case Caption:**   Motorola Solutions Inc. v. STA Group LLC

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑   the filing has been prepared using a proportionally-spaced typeface and includes __130_____ words.

☐   the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐   the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: __10/17/2025_____

Signature:   /s/ Charles C. Koole

Name:   Charles C. Koole

Save for Filing

**FORM 30. Certificate of Service**

Form 30
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF SERVICE</u>

**Case Number**  2025-1768, 25-1781

**Short Case Caption**  Motorola Solutions Inc. v. STA Group LLC

**NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system.  See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e).  Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on  10/17/2025

by ☐ U.S. Mail  ☐ Hand Delivery  ☑ Email  ☐ Facsimile
☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Lauren J. Dreyer | lauren.dreyer@bakerbotts.com |
| Robert L. Maier | robert.maier@bakerbotts.com |
| Clarke Stavinoha | clarke.stavinoha@bakerbotts.com |
| Eliot D. Williams | eliot.williams@bakerbotts.com |
| Lori Ding | lori.ding@bakerbotts.com |

☐ Additional pages attached.

Date: 10/17/2025

Signature:  /s/ Charles C. Koole

Name:  Charles C. Koole

# EXHIBIT A

FORM 8A. Entry of Appearance

Form 8A (p.1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 25-1768, 25-1781

**Short Case Caption:** Motorola Solutions Inc. v. STA Group LLC

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| STA Group LLC | |
|---|---|
| **Principal Counsel:** Jason A. Engel | Admission Date: 8/26/2003 |
| Firm/Agency/Org.: K&L Gates LLP | |
| Address: 70 W. Madison St. Ste. 3300, Chicago, IL 60602 | |
| Phone: 312-807-4236 | Email: Jason.Engel@klgates.com |
| **Other Counsel:** Nicholas F. Lenning | Admission Date: 11/18/2019 |
| Firm/Agency/Org.: K&L Gates LLP | |
| Address: 925 4th Ave Suite 2900, Seattle, WA 98104 | |
| Phone: 206-370-6685 | Email: nicholas.lenning@klgates.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 10/17/25

Signature: /s/ Jason A. Engel

Name: Jason A. Engel

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| | |
|---|---|
| **Other Counsel:** Erik J. Halverson | Admission Date: 2/8/2019 |
| Firm/Agency/Org.: K&L Gates LLP | |
| Address: 4 Embarcadero Center, San Francisco, CA 94111 | |
| Phone: 206-370-6685 | Email: erik.halverson@klgates.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |