**2025-1768, 2025-1781**

# United States Court of Appeals
# for the Federal Circuit

MOTOROLA SOLUTIONS, INC.,
*Appellant*

*v.*

STA GROUP LLC.,
*Cross-Appellant*

On Appeal from the United States Patent and Trademark
Office, Patent Trial and Appeal Board, IPR2023-01292

## STA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS OPENING BRIEF

Jason A. Engel
K&L GATES LLP
70 W. Madison Street Suite 3300
Chicago, IL 60602
Telephone: 312-807-4236

Erik J. Halverson
K&L GATES LLP
4 Embarcadero Center
San Francisco, CA 94111
Telephone: 415-882-8238

Nicholas F. Lenning
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: 206-370-6685

*Counsel for Cross-Appellant STA Group LLC*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

| | |
|---|---|
| **Case Number** | 2025-1768, 2025-1781 |
| **Short Case Caption** | Motorola Solutions Inc. v. STA Group LLC |
| **Filing Party/Entity** | STA Group LLC |

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 10/30/2025

Signature: /s/ Jason A. Engel

Name: Jason A. Engel

**FORM 9. Certificate of Interest**

Form 9 (p. 2)
March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☑ None/Not Applicable |
| STA Group LLC | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

FORM 9. Certificate of Interest

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☐     None/Not Applicable           ☐     Additional pages attached

| | | |
|---|---|---|
| K&L Gates LLP: Kyle M. Kantarek | K&L Gates LLP: Dennis A. Majewski | |
| K&L Gates LLP: Nolan R. Hubbard | | |
| | | |

**5. Related Cases.**  Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑  Yes (file separate notice; see below)      ☐  No      ☐  N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b).  **Please do not duplicate information.**  This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal.  Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑     None/Not Applicable           ☐     Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Pursuant to Federal Rule of Appellate Procedure 26 and Federal Circuit Rule 26(b), Cross-Appellant STA Group LLC ("STA" or "Cross-Appellant") herby moves for an extension of (60) days to file its opening brief. Currently, Cross-Appellant's opening brief is due December 1, 2025. The revised date sought is January 30, 2026. This is the first extension sought by Cross-Appellant in this Appeal.

As explained more fully in the attached Declaration of Jason A. Engel, Cross-Appellant submits that good cause exists for an extension. Cross-Appellant requests the additional time to accommodate ongoing professional commitments, obligations, and schedules of its counsel, and to provide Cross-Appellant with additional time to coordinate and thoroughly prepare its opening brief in this appeal.

Cross-Appellant has contacted Appellant's counsel regarding its intention to file a motion for extension of time to file its opening brief, who indicated that Appellant does not oppose this motion and will not file an opposition to this motion.

For the forgoing reasons, Cross-Appellant respectfully requests that this Court grant this unopposed motion and extend the deadline for Cross-Appellant to file its opening brief to January 30, 2026.

Dated: October 30, 2025                  Respectfully submitted,

                                         */s/ Jason A. Engel*
                                         Jason A. Engel
                                         K&L GATES LLP
                                         70 W. Madison St. #3300
                                         Chicago, IL 60602
                                         Telephone: 312-807-4236


                                         Erik J. Halverson
                                         K&L GATES LLP
                                         4 Embarcadero Center
                                         San Francisco, CA 94111


                                         Nicholas F. Lenning
                                         K&L GATES LLP
                                         925 Fourth Avenue, Suite
                                         2900
                                         Seattle, WA 98104
                                         Telephone: 206-370-6685


                                         *Counsel for Cross-Appellant*
                                         *STA Group, LLC*

**2025-1768, 2025-1781**

# United States Court of Appeals
## for the Federal Circuit

MOTOROLA SOLUTIONS, INC.,
*Appellant*

*v.*

STA GROUP LLC.,
*Cross-Appellant*

On Appeal from the United States Patent and Trademark
Office, Patent Trial and Appeal Board, IPR2023-01292

JASON A. ENGEL'S DECLARATION IN SUPPORT OF STA'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS
OPENING BRIEF

I, Jason A. Engel, declare under oath as follows:

1.      I am a partner with the law firm K&L Gates LLP, counsel for Cross-Appellant STA Group LLC ("STA") in connection with the above-captioned action.

2.      I make this declaration in support of STA's Unopposed Motion for Extension of Time to File Its Opening Brief.

3.      On May 13, 2025, this appeal was docketed.

4.      Cross-Appellant's opening brief in this matter is currently due on December 1, 2025.

5.      Cross-Appellant seeks a 60-day extension to file its opening brief commensurate in length to the extension afforded to Appellant in this proceeding. Such an extension would make Cross-Appellant's brief due January 30, 2026.

6.      There is good cause for this extension of time. Cross-Appellant requests this additional time in view of several overlapping and upcoming professional commitments that I and my team members have in other courts, including the following:

- Jury Trial in November 2025 in Case No. 2:23-cv-00521-JRG-RSP, *Barco, Inc. v. Yealink (USA) Network Technology Co. Ltd. et al.*

- Close of Expert Discovery in late December 2025 in Case No:

1

2:22-cv-07775-JWH-KES *Entropic Communications, LLC v. Directv, LLC et al.*

- Jury Trial in first week of January 2026 in No. 3:18-cv-04571-JD, *Carnegie Mellon University v. LSI Corporation and avago Technologies U.S. Inc.*

- IPR hearings in January 2026 in Case No.'s IPR2024-01436, IPR2024-01437, IPR2024-01438 and IPR2024-01439 *Yealink (USA) Network Technology Co. Ltd. And Yealink Network Technology Co. Ltd. v. Barco N.V.*

7.    Multiple Holidays (Thanksgiving, Christmas, New Years) also coincide with the overlapping case deadlines.

8.    The deadlines necessitate this request for an extension of time in which to file Cross-Appellant's opening brief.

9.    This is Cross-Appellant's first request for an extension of time in this matter.

10.    Cross-Appellant has conferred with counsel for Appellant, Motorola Solutions Inc., concerning this motion, who indicated that it does not oppose this motion and will not file an opposition to this motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 30, 2025                */s/ Jason A. Engel*
                                            Jason A. Engel

FORM 19. Certificate of Compliance with Type-Volume Limitations

Form 19<br>July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2025-1768, 2025-1781

**Short Case Caption:** Motorola Solutions Inc. v. STA Group LLC

> **Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes _184_ words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: _10/30/2025_

Signature: /s/ Jason A. Engel

Name: Jason A. Engel

Save for Filing

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number**  2025-1768, 25-1781

**Short Case Caption**  Motorola Solutions Inc. v. STA Group LLC

> **NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on ___10/30/2025___

by ☐ U.S. Mail ☐ Hand Delivery ☑ Email ☐ Facsimile
☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Lauren J. Dreyer | lauren.dreyer@bakerbotts.com |
| Robert L. Maier | robert.maier@bakerbotts.com |
| Clarke Stavinoha | clarke.stavinoha@bakerbotts.com |
| Eliot D. Williams | eliot.williams@bakerbotts.com |
| Lori Ding | lori.ding@bakerbotts.com |

☐ Additional pages attached.

Date: ___10/30/2025___

Signature:  /s/ Jason A. Engel

Name:  Jason A. Engel