Nos. 2025-1768, 2025-1781

# United States Court of Appeals
# For the Federal Circuit

MOTOROLA SOLUTIONS INC.,
*Appellant*

v.

STA GROUP LLC,
*Cross-Appellant*

Appeals from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in No. IPR2023-01292

## CROSS-APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

April 27, 2026

Jason A. Engel
K&L Gates LLP
70 W. Madison St., Suite 3300
Chicago, IL 60602
Phone: 312-807-4236
Email: jason.engel@klgates.com

Erik J. Halverson
K&L Gates LLP
4 Embarcadero Center
San Francisco, CA 94111
Phone: 415-882-8238
Email: erik.halverson@klgates.com

*[additional counsel on inside cover]*

Nicholas F. Lenning
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: 206-370-6685
Email: nicholas.lenning@klgates.com

**COUNSEL FOR CROSS-APPELLANT
STA GROUP LLC**

FORM 9. Certificate of Interest

Form 9 (p. 1)<br>March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2025-1768, 2025-1781

**Short Case Caption** Motorola Solutions Inc. v. STA Group LLC

**Filing Party/Entity** STA Group LLC

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 04/27/2026

Signature: /s/ Erik J. Halverson

Name: Erik J. Halverson

**FORM 9. Certificate of Interest**

Form 9 (p. 2)
March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☑ None/Not Applicable |
| STA Group LLC | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐    Additional pages attached

FORM 9. Certificate of Interest

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐    None/Not Applicable          ☐    Additional pages attached

| | | |
|---|---|---|
| K&L Gates LLP: Kyle M. Kantarek | K&L Gates LLP: Dennis A. Majewski | |
| K&L Gates LLP: Nolan R. Hubbard | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below)    ☐ No    ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable          ☐    Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Pursuant to Federal Circuit Rule 26(b), Cross-Appellant STA Group LLC ("Cross-Appellant") respectfully requests an extension of time to file its Reply Brief. Cross-Appellant's Reply Brief is currently due on May 15, 2026. Cross-Appellant seeks a thirty (30) day extension, until June 15, 2026, to file its Reply Brief. This is Cross-Appellant's first request for an extension to file its Reply Brief and Cross-Appellant's second request for an extension in this Appeal. Cross-Appellant understands that counsel for Appellant, Motorola Solutions Inc. do not oppose the relief sought by this motion.

Cross-Appellant requests additional time to accommodate ongoing professional commitments, obligations, and schedules of its counsel, and to provide Cross-Appellant with additional time to thoroughly prepare its Reply Brief. Accordingly, good cause exists for the requested extension. The attached Declaration of Erik J. Halverson sets forth good cause for the requested extension.

For the foregoing reasons, Cross-Appellant respectfully requests a 30-day extension, until June 15, 2026, to file its Reply Brief.

Dated: April 27, 2026

Respectfully submitted,

By:  /s/ Erik J. Halverson
Erik J. Halverson
K&L Gates LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8238

1

Jason A. Engel
K&L Gates LLP
70 W. Madison Street, Suite 3100
Chicago, IL 60602
Tel: (312) 807-4236

Nicholas F. Lenning
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: 206-370-6685
Email: nicholas.lenning@klgates.com

*Counsel for Cross-Appellant*
*STA Group, LLC*

Nos. 2025-1768, 2025-1781

# United States Court of Appeals
# For the Federal Circuit

MOTOROLA SOLUTIONS INC.,
*Appellant*

v.

STA GROUP LLC,
*Cross-Appellant*

Appeals from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in No. IPR2023-01292

## DECLARATION OF ERIK J. HALVERSON IN SUPPORT OF CROSS-APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to 28 U.S.C. § 1746, I, Erik J. Halverson, hereby declare as follows:

1.     I am an attorney duly licensed and admitted to practice before this Court and a member of the law firm of K&L Gates LLP. I am counsel for Cross-Appellant STA Group LLC ("Cross-Appellant") in the above-captioned appeal. I have personal knowledge of the facts set forth in this Declaration and if called upon as a witness, I could and would testify to such facts under oath.

2.     This Declaration is made in support of Cross-Appellant's Unopposed Motion for a 30-day Extension of Time to File its Reply Brief.

3.     Good cause exists for extending the time to file Cross-Appellant's Reply Brief. Members of the briefing team have at least the following obligations that, to allow for proper coordination and thorough preparation of its Reply Brief, warrant a brief extension of 30 days:

- Upcoming close of fact and expert discovery in *Bardy Diagnostics, Inc. v. iRhythm Technologies, Inc.* (1:24-cv-01355, District of Delaware);

- Preparation for and attendance at *Markman* Claim Construction Hearing scheduled for April 30, 2026 in *Certain Clear Aligners and Components Thereof*, Inv. No. 337-TA-1471 (U.S. International Trade Commission); and

1

- Preparation for and attendance at Oral Argument scheduled for May 8, 2026 in *Ajinomoto Co., Inc. v. AbTis Co., Ltd.,* IPR2025-00283 (Patent Trial and Appeal Board).

4.    Cross-Appellant does not seek any unnecessary delay from the extension requested here, but only to ensure fully developed and appropriate arguments.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 27, 2026 in San Francisco, California.

*/s/ Erik J. Halverson*
Erik J. Halverson

## **CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION**

1.     This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). Excluding the portions exempted by rule, the motion contains  159 words, as counted by the word-processing software used to prepare it.

2.     This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and has been prepared in a proportionally spaced typeface using Microsoft® Word and 14-point Times New Roman type.

Dated: April 27, 2026                              */s/ Erik J. Halverson*
                                                            Erik J. Halverson

                                                            *Counsel for Cross-Appellant*

FORM 30. Certificate of Service

Form 30
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF SERVICE

**Case Number** 2025-1768, 25-1781

**Short Case Caption** Motorola Solutions Inc. v. STA Group LLC

**NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system.  See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e).  Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on  04/27/2026

by ☐ U.S. Mail ☐ Hand Delivery ☑ Email ☐ Facsimile
☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Lauren J. Dreyer | lauren.dreyer@bakerbotts.com |
| Robert L. Maier | robert.maier@bakerbotts.com |
| Clarke Stavinoha | clarke.stavinoha@bakerbotts.com |
| Eliot D. Williams | eliot.williams@bakerbotts.com |
| Lori Ding<br>Katharine M. Burke | lori.ding@bakerbotts.com<br>katharine.burke@bakerbotts.com |

☐ Additional pages attached.

Date: 04/27/2026

Signature: /s/ Erik J. Halverson

Name: Erik J. Halverson