2025-1768, 2025-1781

# United States Court of Appeals
# For the Federal Circuit

MOTOROLA SOLUTIONS INC.,
*Appellant*

v.

STA GROUP LLC,
*Cross-Appellant*

Appeals from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in No. IPR2023-01292

## NOTICE OF WITHDRAWAL OF NICHOLAS F. LENNING

Jason A. Engel
K&L Gates LLP
70 W. Madison St., Suite 3300
Chicago, IL 60602
Tel: (312) 807-4236
Email: jason.engel@klgates.com

Erik J. Halverson
K&L Gates LLP
4 Embarcadero Center
San Francisco, CA 94111
Tel: (415) 882-8238
Email: erik.halverson@klgates.com

*Counsel for Cross-Appellant*
*STA Group LLC*

Pursuant to Federal Circuit Rule 47.3(c), Cross-Appellant STA Group LLC ("STA") respectfully gives notice of the withdrawal of non-principal counsel, Nicholas F. Lenning. STA will continue to be represented by its principal counsel, Jason A. Engel of K&L Gates LLP.

Accordingly, STA requests that Mr. Lenning be removed from the list of counsel receiving ECF and other notifications in this case.

Dated: August 12, 2026                    Respectfully submitted,

By:    */s/ Jason A. Engel*
Jason A. Engel
K&L Gates LLP
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel: (312) 807-4236

Erik J. Halverson
K&L Gates LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8238

*Counsel for Cross-Appellant*
*STA Group, LLC*

1